UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDY KILBOURN, individually and on behalf of all other persons similarly situated who were employed by CLAXTON-HEPBURN MEDICAL CENTER; NORTH STAR HEALTH ALLIANCE, INC.; and RIVER HOSPITAL, INC., and/or any other entities affiliated with or controlled by CLAXTON-HEPBURN MEDICAL CENTER; NORTH STAR HEALTH ALLIANCE, INC.; and RIVER HOSPITAL, INC.,<br><br>                                                             Plaintiffs,<br><br>v.<br><br>CLAXTON-HEPBURN MEDICAL CENTER; NORTH STAR HEALTH ALLIANCE, INC.; and RIVER HOSPITAL, INC., and any related entities,<br><br>                                                             Defendants. | Docket No.: 20-CV-1128<br><br>**NOTICE OF DISCONTINUANCE** |

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), this action is hereby discontinued just as to the claims of Plaintiffs without prejudice and without attorneys' fees and costs.

Dated: New York, New York
           November 2, 2020

                                                            VIRGINIA & AMBINDER, LLP

                                                              s/ James Murphy, Esq.
                                                            By: James Murphy, Esq.
                                                            40 Broad Street, Seventh Floor
                                                            New York, New York 10004
                                                            Tel: (212) 943-9080
                                                            jmurphy@vandallp.com